UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID B. FRICK, <br> Appellant | CIVIL DOCKET NO. 1:19-CV-00860 |
| VERSUS | DISTRICT JUDGE DRELL |
| NANCY A. BERRYHILL, <br> COMMISSIONER, <br> Appellee | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Frick's appeal is DENIED AND DISMISSED WITH PREJUDICE.

THUS, ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 24th day of February 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT